# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH CARTER,**

      **Plaintiff,**

**v.**        Case No:    **6:13-cv-931-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Complaint to review the final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income (Doc. No. 1) filed on June 13, 2013.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be reversed and the case remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 30, 2014 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying the application for supplemental security income is hereby REVERSED and this case is REMANDED for further proceedings. The Clerk is directed to enter judgment accordingly.

3. The deadline to file a motion for attorney's fees pursuant to 42 U.S.C. §406(b) is thirty (30) days after Plaintiff receives notice from the Social Security Administration of the

amount of past due benefits awarded. Upon receipt of such notice, Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties