UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH CARTER,

    Plaintiff,

v.                                                                             Case No.  6:13-cv-931-Orl-22TBS

CAROLYN W. COLVIN, et al., Acting
Commissioner of Social Security,

    Defendant.
_____/

ORDER

This case comes before the Court on Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 28). The M.D. Fla. R. 3.01(g) certificate in the motion is not sufficient.  The Court waited 7 days and the certificate has not been updated.  Accordingly, the motion is DENIED without prejudice.

Local Rule 3.01(g) provides that before filing most motions in a civil case, the moving party shall confer with the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement certifying that the moving party has conferred with the opposing party, and that the parties have been unable to agree on the resolution of the motion.  The term "confer" in Rule 3.01(g) requires a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action and does not envision an email, fax or letter.  Counsel who merely "attempt" to confer have not "conferred."  A certification to the effect that opposing counsel was unavailable for a conference before filing a

motion is insufficient to satisfy the parties' obligation to confer.  See Local Rule 3.01(g).  Counsel must respond promptly to inquiries and communications from opposing counsel.  Board of Governors of the Florida Bar, Ideals and Goals of Professionalism, ¶ 6.10 and Creed of Professionalism ¶ 8 (adopted May 16, 1990), available at www.floridabar.org (Professional Practice - Henry Latimer Center for Professionalism).  A party who, due to time constraints, must file a motion before complying with Rule 3.01(g), is under a duty to contact opposing counsel expeditiously after filing the motion and supplement the motion promptly with a completed Rule 3.01(g) certificate.  If the opponent fails or refuses to promptly respond to a Rule 3.01(g) inquiry sanctions may be imposed.

DONE AND ORDERED in Orlando, Florida, on September 30, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel