UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH CARTER,

    Plaintiff,

v.                                    Case No:   6:13-cv-931-Orl-22TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

    Pending before the Court is Plaintiff's Amended Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act.  (Doc 30).  On June 23, 2014, the Court reversed the Commissioner's decision and remanded this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 26).  On June 24, the Clerk entered judgment.  (Doc. 27).  Plaintiff filed this application for attorney's fees on October 6.  (Doc. 30).  Pursuant to M.D. FLA. R. 3.01(g), counsel for Plaintiff represents that she has conferred with counsel for the Commissioner, who has no objection to the requested relief.

    Plaintiff requests an award of attorney's fees in the amount of $4,976.10 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d).  The EAJA provides that a party is eligible for an attorney fee award where: (1) the party is a prevailing party in a non-tort suit involving the United States; (2) the government's position was not substantially justified; (3) the party filed a timely application for attorney's fees; (4) the party had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.  28

U.S.C. § 2412(d). Plaintiff asserts that he is the prevailing party in this case, that the Commissioner's position in the underlying action was not substantially justified, and that his net worth at the time the action was filed was less than two million dollars. (Doc. 30 at 1-2). The schedule of billable hours attached to the petition confirms Plaintiff's attorney's claimed time in the case. (Doc. 30-2).

Plaintiff has attached a copy of his assignment of EAJA fees to his counsel. (Doc. 30-3). In light of the assignment, Plaintiff requests that payment be made payable to Plaintiff and delivered to his lawyer unless Plaintiff owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept the assignment and pay EAJA fees directly to Plaintiff's counsel.

After due consideration, I **RESPECTFULLY RECOMMEND** that the Court **GRANT** Plaintiff's uncontested petition for attorney's fees (Doc. 28) and award fees in the amount of **$4,976.10** to be paid out of the judgment fund and to Plaintiff's counsel if the U.S. Department of the Treasury determines Plaintiff does not owe a debt to the government.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record