# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH CARTER,**

      **Plaintiff,**

**v.**                                              **Case No:   6:13-cv-931-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Amended Unopposed Motion for Award of Attorney Fees Pursuant to The Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. No. 30) filed on October 6, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 7, 2014 (Doc. No. 31), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Unopposed Motion for Award of Attorney Fees Pursuant to The Equal Access to Justice Act, 28 U.S.C. §2412(d) is hereby GRANTED. Plaintiff is awarded fees in the amount of $4,976.10 to be paid out of the judgment fund and to Plaintiff's counsel if the U.S. Department of the Treasury determines Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record